UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT

OF ALABAMA

NORTHERN DIVISION

RECEIVED
2016 JUN 23 A 7:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

STEVEN CLAYTON THOMASON

PLAINTIFF,

                        CIV. ACT. NO.2:15 CV – 26-WKW (WO)

VS

STATE OF ALABAMA HOME BUILDERS LICENSE BOARD

DEFENDANTS

### NOTICE OF APPEAL 28 U.S. CODE §1292

Now comes the Plaintiff Steven Clayton Thomason hereby gives notice that he is appealing the Interlocutory Orders of August 6th 2015 the Interlocutory Orders May 12, 2016, June 20, 2016 to the 11th Circuit United States Court of Appeals.

_Steven Clayton Thomason_ Steven Clayton Thomason

I certify that a copy of this has been sent to the Defendants by U.S. Mail on this 23th day of June 2016 to

                Office of the Attorney General

      P.O. Box 300152 Montgomery, Alabama 36130-0152