# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2018

Steven Thomason
901 SEIBLES RD
MONTGOMERY, AL 36116

Appeal Number: 18-12066-G
Case Style: In re: Steven Thomason
District Court Docket No: 2:15-cv-00026-WKW-WC

Enclosed is the court's order denying your motion for leave to proceed with this matter in forma pauperis. Unless you forward the docketing fee to this office, as required by 28 U.S.C. § subsection 1913 and Fed.R.App.P. 21, within fourteen (14) days from this date, this petition will be dismissed pursuant to 11th Cir. R. 42-1(b).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bryon Robinson, G
Phone #: (404) 335-6185

PRO-6 Ltr Order Denying IFP Mandamus

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-12066-G

_____

In re:

STEVEN THOMASON,

                                                                                        Petitioner.

_____

On Petitions for Writ of Mandamus from the
United States District Court for the
Middle District of Alabama

_____

ORDER:

      Steven Thomason, a private citizen proceeding *pro se*, petitions this Court for writ of mandamus, arising out of the district court's dismissal of his second amended complaint alleging various constitutional and civil rights violations, 42 U.S.C. § 1983, and state law claims. This Court affirmed the district court's dismissal of his § 1983 action. Thomason also moves for leave to proceed *in forma pauperis* ("IFP"). In his mandamus petition, Thomason appears to ask that this Court direct the district court to hold a jury trial and permit discovery in his § 1983 action. Thomason also moves to amend his mandamus petition and moves for "Appellant's Appendix To Use in Writ of Mandamus."

      Thomason seeks to file this mandamus petition IFP pursuant to 28 U.S.C. § 1915(a). Section 1915(a) provides that a United States court may authorize the commencement of any proceeding, without prepayment of fees, by a person who submits an affidavit that includes a statement of assets that he possesses, and indicates that he is unable to pay such fees. This Court, however, may dismiss an action at any time if it determines that the allegation of poverty is untrue or the action or appeal is frivolous. 28 U.S.C. § 1915(e)(2). In this case, Thomason has

submitted an indigency affidavit. Assuming, without deciding, that his affidavit satisfies § 1915(a)'s poverty requirement, Thomason's IFP motion is nevertheless due to be denied, as his mandamus petition is frivolous.

Mandamus is available "only in drastic situations, when no other adequate means are available to remedy a clear usurpation of power or abuse of discretion." *Jackson v. Motel 6 Multipurpose, Inc.*, 130 F.3d 999, 1004 (11th Cir. 1997) (quotation omitted). Mandamus may not be used as a substitute for appeal or to control decisions of the district court in discretionary matters. *Id.* The petitioner has the burden of showing that he has no other avenue of relief, and that his right to relief is clear and indisputable. *Mallard v. United States Dist. Court*, 490 U.S. 296, 309 (1989).

As an initial matter, Thomason's motion to amend is hereby **GRANTED** to the extent that this Court has reviewed the amended mandamus petition. In the amended mandamus petition, Thomason has not shown a clear and indisputable right to a jury trial and discovery in his § 1983 action, especially in light of the district court's dismissal of his complaint, and this Court's affirmance of that decision. *See Mallard*, 490 U.S. at 309. Further, to the extent that Thomason's request for a jury trial and discovery can be construed as his seeking review of the district court's dismissal of his § 1983 action, he had and took the adequate alternative remedy of appealing the district court's order. *See Jackson*, 130 F.3d at 1004. Accordingly, Thomason's IFP motion is hereby **DENIED**, as his mandamus petition is frivolous. Finally, after considering the record in Thomason's § 1983 action, his motion for "Appellant's Appendix To Use in Writ of Mandamus," is hereby **DENIED** as unnecessary.

/s/ Elizabeth L. Branch _____ _
UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2018

Steven Thomason
901 SEIBLES RD
MONTGOMERY, AL 36116

Appeal Number: 18-12066-G
Case Style: In re: Steven Thomason
District Court Docket No: 2:15-cv-00026-WKW-WC

**CORRECTED ORDER ENCLOSED**

Enclosed is the court's order denying your motion for leave to proceed with this matter in forma pauperis. Unless you forward the docketing fee to this office, as required by 28 U.S.C. § subsection 1913 and Fed.R.App.P. 21, within fourteen (14) days from this date, this petition will be dismissed pursuant to 11th Cir. R. 42-1(b).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bryon Robinson, G
Phone #: (404) 335-6185

PRO-6 Ltr Order Denying IFP Mandamus